IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA BEEF, LTD., A Nebraska Limited Partnership,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | |
| | ) | **8:09CV43** |
| **MEYER FOODS HOLDINGS, L.L.C., A Delaware Limited Liability Company, and MEYER NATURAL FOODS, L.L.C., a Delaware Limited Liability Company,** | ) ) ) ) ) ) ) | **ORDER** |
| **Defendants.** | ) | |

THIS MATTER is before the court upon the parties' Joint Motion to Stay (Filing No. 19). For good cause shown,

**IT IS ORDERED** that the motion (Filing No. 19) is granted, as follows:

1. All deadlines for court filings and rulings and/or orders on pending motions are suspended through April 30, 2009 so that the parties may attempt to negotiate settlement.

2. The Fed. R. Civ. P. 26(f) planning conference, and/or deadline within which to submit a planning conference report is vacated.

3. The exchange of Initial Disclosures is not required at this time.

4. The parties shall submit to the court a joint status report no later than **April 30, 2009.**

**DATED March 27, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**