IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NEBRASKA BEEF, LTD., <br> A Nebraska Limited Partnership, <br><br> Plaintiff, <br><br> v. <br><br> MEYER FOODS HOLDINGS, L.L.C., <br> A Delaware Limited Liability Company, <br> and MEYER NATURAL FOODS, <br> L.L.C., a Delaware Limited Liability <br> Company, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 8:09-cv-43 <br><br><br><br><br> **ORDER** |

THIS MATTER is before the Court upon the parties' Joint Status Report and Motion to Establish Deadlines (Filing No. 24). For good cause shown,

IT IS ORDERED that the Motion (Filing No. 24) is granted, as follows:

1. Defendants shall respond to plaintiff's Complaint on or before May 11, 2009; and

2. The parties shall submit their Federal Rule of Civil Procedure 26(f) planning conference report on or before May 29, 2009.

DATED May 1, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge

PREPARED AND SUBMITTED BY:

Michael K. Huffer – 18087
Cassem, Tierney, Adams,
　Gotch & Douglas
8805 Indian Hills Drive, Suite 300
Omaha, Nebraska 68114-4070
(402)390-0300