# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA BEEF, LTD.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:09CV43** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **MEYER FOODS HOLDINGS, L.L.C.** | ) | |
| **and MEYER NATURAL FOODS,** | ) | |
| **L.L.C.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon review of the file,

**IT IS ORDERED** that the Motion to Withdraw as Counsel (Doc. 40), filed by Craig A. Hoover and Peter R. Bisio, is granted as follows:

1.   Craig A. Hoover and Peter R. Bisio are granted leave to withdraw as counsel for Meyer Foods Holdings, L.L.C. and Meyer Natural Foods, L.L.C.

2.   The court will stop future electronic notices to Mr. Hoover and Mr. Bisio in this case.

DATED August 21, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge