IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA BEEF, LTD., A Nebraska Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>MEYER FOODS HOLDINGS, LLC, a Delaware Limited Liability Company, and MEYER NATURAL FOODS, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 8:09cv43<br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before **April 25, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference set for March 28, 2011, is cancelled upon the representation that this case is settled.

Dated this 25th day of March 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge