IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NEBRASKA BEEF, LTD.,** A Nebraska Limited Partnership, | ) ) ) | CASE NO. 8:09CV43 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| **MEYER FOODS HOLDINGS, L.L.C.,** A Delaware Limited Liability Company, and **MEYER NATURAL FOODS, L.L.C.,** a Delawared Limited Liability Company, | ) ) ) ) ) ) | **ORDER AND FINAL JUDGMENT** |
| Defendants, | ) ) | |
| and | ) ) | |
| **MEYER FOODS HOLDINGS LLC,** | ) ) | |
| Counter-claimant, | ) ) | |
| v. | ) ) | |
| **NEBRASKA BEEF LTD.,** | ) ) | |
| **Counterclaim Defendant** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 98). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 98) is approved;

2. This action, including all claims and counter-claims, is dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees.

Dated this 19th day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge